# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Willie T. Kelly Jr.**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00311-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| George T. Solomon, R. D. Mitchell, | ) | |
| Alfred William, Moncin Bono, K. | ) | |
| Beaver, D. Haley, J. Cole, M. T. | ) | |
| Buomino, FNU Allen, FNU Bullock, J. | ) | |
| Bennett, S. A. Bird, M. Mormon, FNU | ) | |
| Mullis, John Doe, S. Baucum, FNU | ) | |
| Williamson, FNU Rushing**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2017 Order.

October 23, 2017

_Frank G. John_

Frank G. Johns, Clerk
United States District Court