UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-311-FDW

| | |
|---|---|
| WILLIE T. KELLY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GEORGE T. SOLOMON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Motion to Deem Waivers of Service of Summons for Defendants Alfred Williams and Jeffrey R. Krantz Timely Filed, (Doc. No. 36), and Defendants Beaver, Deese, Hatley, Herring, Ingram, Krantz, Laur, McFaulds, Solomon, Swink and Williams' Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, (Doc. No. 35).

Defendants Alfred Williams and Jeffrey Krantz request that their service waivers be accepted as timely filed due to Defendant Williams' military leave, and the investigation that was required to identify Defendant Krantz as "FNU Kenza." The Motion will be granted.

Defendants Beaver, Deese, Hatley, Herring, Ingram, Krantz, Laur, McFaulds, Solomon, Swink and Williams request an extension of time until January 9, 2019, to file an Answer or otherwise respond to the Amended Complaint. The Motion will be granted for good cause shown.

The Clerk of Court will be instructed to update the Court file with the Defendants' correct names as reflected in Defendants' filings.

**IT IS THEREFORE ORDERED that:**

(1)     The Motion to Deem Waivers of Service of Summons for Defendants Alfred

1

Williams and Jeffrey R. Krantz Timely Filed, (Doc. No. 36), is **GRANTED**.

(2) Defendants Beaver, Deese, Hatley, Herring, Ingram, Krantz, Laur, McFaulds, Solomon, Swink and Williams' Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, (Doc. No. 35), is **GRANTED** until January 9, 2019, for good cause shown.

(3) The Clerk of Court is respectfully instructed to substitute the parties' names as follows:

**Kenneth Beaver** for "K. Beaver"

**Allen X. Deese** for "FNU Deese"

**Chris Hatley** for "D. Hatley"

**John Herring** for "J. Herring"

**Kevin Ingram** for "K. Ingram"

**Jeffrey G. Krantz** for "FNU Kenza"

**Codi J. Laur** for "FNU Laur"

**Scott McFaulds** for "J. McFauld"

**Gregory Swink** for "S. Swink"

Signed: November 13, 2018

Frank D. Whitney
Chief United States District Judge