# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:17-cv-311-FDW

| | |
|---|---|
| WILLIE T. KELLY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GEORGE T. SOLOMOM, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendants' Motion to Deem Answer Timely Filed, (Doc. No. 48).[1] Defendants claim that an Answer was not timely filed due to excusable neglect and that accepting the Answer as timely filed will not prejudice Plaintiff. The Court agrees. For good cause shown,

**IT IS ORDERED** that Defendants' Motion to Deem Answer Timely Filed is **GRANTED**.

Signed: January 23, 2019

Frank D. Whitney
Chief United States District Judge

---

[1] This Motion was filed on behalf of all Defendants except G. Hayes, who has separate counsel.

1