UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-311-FDW

| | |
|---|---|
| WILLIE T. KELLY, JR., )<br>)<br>    **Plaintiff,** )<br>)<br>vs. )<br>)<br>GEORGE T. SOLOMON, et al., )<br>)<br>    **Defendants.** )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's *pro se* "Motion for a Preliminary Injunction/ for Compensatory Declaration Injunctive Relief and/or Punitive Damages," (Doc. No. 92), and "Motion for a Preliminary Injunction for Compensatory, Declaration Injunctive Relief and/or Punitive Damages, Pain & Suffer Mental Anguish … Motion to Amend," (Doc. No. 93).

Plaintiff initiated this civil rights suit pursuant to 42 U.S.C. § 1983 *pro se*, but he is now represented by counsel. See (Doc. No. 90). There is no right to "hybrid representation" in which defendant is represented both by himself and by counsel. McKaskle v. Wiggins, 465 U.S. 168, 183 (1984); see Cain v. Peters, 972 F.2d 748, 750 (7th Cir.1992) (representation by counsel and self-representation are mutually exclusive entitlements in light of McKaskle). Counsel has not adopted Plaintiff's *pro se* filings, and therefore, they will be stricken.

**IT IS, THEREFORE, ORDERED** that Plaintiff's *pro se* "Motion for a Preliminary Injunction/ for Compensatory Declaration Injunctive Relief and/or Punitive Damages," (Doc. No. 92), and "Motion for a Preliminary Injunction for Compensatory, Declaration Injunctive Relief and/or Punitive Damages, Pain & Suffer Mental Anguish … Motion to Amend," (Doc. No. 93), are **STRICKEN** as an unauthorized *pro se* filings.

1

Signed: August 20, 2020

Frank D. Whitney
United States District Judge