IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-311-MR

| | |
|---|---|
| WILLIE T. KELLY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GEORGE T. SOLOMON, R. D. MITCHELL, | ) |
| ALFRED WILLIAM, MONICA BONDS, | ) |
| KENNETH BEAVER, CHRIS HATLEY, | )    ORDER |
| J. COLE, M. T. BUOMINO, FNU BULLOCK, | ) |
| S. A. BIRD, M. MORMON, FNU MULLIS, | ) |
| JOHN DOE, S. BAUCUM, | ) |
| FNU WILLIAMSON, FNU RUSHING, | ) |
| FNU ALLEN, J. BENNETT, | ) |
| JOHN HERRING, H. CORPENING, | ) |
| FNU WATKINS, ROBERT C. LEWIS, | ) |
| KENNETH C. LASSITER, | ) |
| ELIZABETH D. WALLACE, | ) |
| KEVIN INGRAM, G. HAYES, | ) |
| ALLEN X DEESE, CODI J LAUR, | ) |
| FNU WILSON, FNU WISEMAN, | ) |
| FNU HAMPTON, J. JAMES, | ) |
| GREGORY SWINK, R. NEWBORN, | ) |
| SCOTT MCFAULDS, | ) |
| JEFFREY G. KRANTZ, SAINT TABB, | ) |
| FNU HICK | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 97.[1]

A judicial settlement conference is set for **Tuesday, November 17, 2020** beginning at **1:30 p.m.**

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Unless authorized to the contrary in advance, Plaintiff and his counsel shall participate in the conference using a single conference line. Plaintiff's counsel shall confer with the appropriate personnel at Plaintiff's place of incarceration to ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference.

Defendant Laur and his counsel may participate in the conference from any location they deem appropriate, provided that Defendant and his counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendant, to the extent Defendant himself does not

---

[1] The Honorable Martin Reidinger referred this matter to the undersigned for purposes of conducting a judicial settlement conference following the filing of a Joint Status Report by Plaintiff and the only remaining defendant, Codi Laur. Doc. 96. Both Plaintiff and Defendant Laur are represented by counsel.

have such authority. Any such person shall also participate using the same conference line as Defendant and his counsel.

It is so ordered.

Signed: November 3, 2020

W. Carleton Metcalf
United States Magistrate Judge