# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00311-GCM

| | |
|---|---|
| **WILLIE T. KELLY JR.,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **CODI J LAUR,** | |
| **Defendant.** | |

TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.

TO: Warden, Alexander Correctional Institution, Taylorsville, North Carolina.

**IT IS ORDERED** that the Warden of the Alexander Correctional Institution, have the body of **Willie T. Kelly, Jr.**, offender number **0223603**, now incarcerated at the Alexander Correctional Institution, under safe and secure conduct before the undersigned United States Senior District Judge Graham C. Mullen, in and for the United States District Court for the Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, on or before **June 14, 2021, at 10:00 a.m.**, to be present for the trial in this matter. Mr. Kelly's trial is scheduled to begin at **10:00 a.m. on Monday, June 14, 2021**, in Courtroom 5A of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202.

Because Mr. Kelly is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Kelly while he is in the courthouse. The Warden of Alexander Correctional Institution shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by, Mr. Kelly for the duration of the

trial in this matter.  **The Warden of Alexander Correctional Institution shall ensure that Mr. Kelly is present for each and every day of trial until the trial is completed**.

**IT IS, THEREFORE, ORDERED** that the Warden at the Alexander Correctional Institution must transport Plaintiff Willie T. Kelly, Jr., so that he is present for trial to begin on **Monday, June 14, 2021 at 10:00 a.m.,** and then return him to the Alexander Correctional Institution at the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the U.S. Marshal, and the Warden of the Alexander Correctional Institution, 633 Old Landfill Road, Taylorsville, NC 28681.

**SO ORDERED.**

Signed: April 30, 2021

Graham C. Mullen
United States District Judge