# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00311-GCM

| | |
|---|---|
| **WILLIE T. KELLY, JR.,** <br><br> Plaintiff, <br><br> v. <br><br> **GEORGE T. SOLOMON,** *et al.*, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendant Laur's motion, with the consent of Plaintiff, to allow defense witness Sandra Gregory to appear remotely. The Court finds there is good cause to allow Ms. Gregory to appear and testify remotely and, therefore, finds that Defendant Laur's motion should be **GRANTED**.

**SO ORDERED**.

Signed: June 3, 2021

Graham C. Mullen
United States District Judge