# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Willie T. Kelly Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00311-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Codi J Laur, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on June 15, 2021.

June 15, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court